## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JAMES COLEY | : No. 150 EAL 2019 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| | : |
| KEYSTONE TURF CLUB, INC., | : |
| BENSALEM RACING ASSOCIATION, | : |
| INC., GREENWOOD GAMING AND | : |
| ENTERTAINMENT, INC., D/B/A PARX | : |
| CASINO, GREENWOOD RACING, INC., | : |
| TURF CLUB SERVICES, INC., | : |
| KEYSTONE PARK SERVICES CO., AND | : |
| PARX CASINO DESIGN, INC. | : |
| | : |
| | : |
| PETITION OF:  GREENWOOD RACING, | : |
| INC. | : |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 16th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.